**Maurice Alexander ALLEN, Petitioner–Appellant,**

v.

**State of NORTH CAROLINA, Respondent–Appellee.**

No. 02–7519.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 24, 2003.

Maurice Alexander Allen, Appellant Pro Se. Sandra Wallace Smith, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Maurice Alexander Allen seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Allen has not made a substantial showing of the denial of a constitutional right. *See Allen v. North Carolina,* No. CA–01–727–5–H (E.D.N.C. Sept. 4, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*